# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) Case No. 1:17CR146-1 | |
| | ) | |
| | ) | |
| TODD MICHAEL GORI | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* TODD MICHAEL GORI ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Threatening to damage a protected computer in violation of 18: 1030(a)(7)(A) and (c)(3)(A).
Interstate communicating threats to persons in violation of 18:875(b).
Interstate threats in violation of 18:875(d).

Date: 04/25/2017

/s/ John S. Brubaker
*Issuing officer's signature*

City and state: Greensboro, North Carolina

Michelle L. Coyne, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:					Weight:

Sex:					Race:

Hair:					Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: